UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80928-CIV-CANNON/Reinhart

**LAWRENCE FELTZIN**,

    Plaintiff,

v.

**1014 PEPPER, INC.**,

    Defendant.

_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed on February 1, 2024 [ECF No. 25].  Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared in this action, is self-executing and dismisses the case "effective immediately upon filing."  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012).  As such, this case is **DISMISSED WITH PREJUDICE**, effective February 1, 2024, the date on which the parties filed the Stipulation of Dismissal [ECF No. 25].  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of February 2024.

                                                        **AILEEN M. CANNON**
                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record